No. 79–1124. Illinois et al. v. United States et al.; and Illinois et al. v. Interstate Commerce Commission et al. C. A. 7th Cir. Certiorari denied.

No. 79–1163. Johnson v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–1170. McGraw-Edison Co. et al. v. Fremont et al. C. A. 7th Cir. Certiorari denied.

No. 79–1177. McBride et al. v. Rockefeller Family Fund et al. C. A. 2d Cir. Certiorari denied.

No. 79–1201. Wright v. Wright. Sup. Ct. Wis. Certiorari denied.

No. 79–1206. Ruffin et al. v. County of Los Angeles et al. C. A. 9th Cir. Certiorari denied.

No. 79–1207. Lyles v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 79–1209. Coastal Corp. et al. v. Weisberg. C. A. 2d Cir. Certiorari denied.

No. 79–1215. Leifer v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 79–1224. General Footwear Co., Ltd., et al. v. American Footwear Corp. C. A. 2d Cir. Certiorari denied.

No. 79–1227. Peltzman v. American Radio Assn. C. A. 2d Cir. Certiorari denied.